STATE OF NEW JERSEY v. VINCENT FENECH.

October 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEONEL CANOLA.

October 29, 1975. Petition for certification denied. (See 135 *N. J. Super.* 224).

STATE OF NEW JERSEY v. WARREN CHRISP.

October 29, 1975. Petition for certification denied.

REISDORF & JAFFE v. MORTON T. SILVER.

October 29, 1975. Petition for certification denied.

CITY OF NORTH WILDWOOD v.
BOARD OF COMMISSIONERS OF THE CITY OF WILDWOOD.

October 29, 1975. Petition for certification granted.

CITY OF NORTH WILDWOOD v.
BOARD OF COMMISSIONERS OF THE CITY OF WILDWOOD.

October 29, 1975. Cross-petition for certification granted.